# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANRONG WU, | Case No. 2:15-cv-00435-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| DESERT PALACE INC., | |
| Defendant(s). | |

Plaintiff is hereby **ORDERED** to file a status report by June 29, 2017, regarding the status of Desert Palace's bankruptcy proceeding. A status report shall also be filed every three months thereafter until the bankruptcy stay is lifted.

IT IS SO ORDERED.

DATED: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge