TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YANRONG WU, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PALACE INC., a domestic corporation d/b/a/ CAESARS PALACE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-00435-JAD-NJK<br><br>**PLAINTIFF'S MOTION TO LIFT STAY** |

COMES NOW, Plaintiff, YANRONG WU, (hereinafter, "Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and files this Motion to Lift Stay. This motion is made and based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and the exhibits hereto.

Dated this 23rd day of April 2018.    **HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703    South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
   *Attorney for Plaintiff*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

The Court ordered a stay of this case on January 20, 2016 due to Defendant's bankruptcy. [ECF#8]. The stay was to be in effect until further order from the bankruptcy court. *Id.*

On April 23, 2018, the bankruptcy court entered an order modifying the injunction entered which allows Plaintiff to proceed with her case in this Court. Exhibit One. The order of the bankruptcy court, in paragraph 6, required Plaintiff to file a copy of the agreed order modifying the injunction within 5 business days in this Court. Plaintiff has complied with the order.

Here, Plaintiff requests that the Court find good cause shown to lift the stay ordered by the Court whereby Plaintiff may proceed with her case.

Dated this 23rd day of April 2018.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: June 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE