Fennemore Craig, P.C.
Shannon S. Pierce, NV Bar No. 12471
Brandi M. Planet, NV Bar No. 11710
300 E. Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
spierce@fclaw.com

Counsel for Defendant
Desert Palace, LLC d/b/a Caesars Palace

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YANRONG WU, a married individual, | CASE NO.: 2:15-cv-00435-JAD-NJK |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT; STIPULATION TO VACATE EARLY NEUTRAL EVALUATION; PROPOSED ORDER REGARDING SAME** |
| DESERT PALACE, INC., a domestic corporation d/b/a CAESARS PALACE; DOES 1 through X, inclusive; ROE CORPORATIONS 1 through X, inclusive, | |
| Defendants. | |

Plaintiff Yanrong Wu, by and through her counsel of record, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., and Desert Palace, LLC, by and through its counsel of record, Shannon S. Pierce of Fennemore Craig, P.C., hereby notify the Court that the parties have reached a confidential resolution to the above-captioned action and anticipate filing a stipulation re: dismissal on or before December 31, 2018. As such, the parties hereby STIPULATE that the Early Neutral Evaluation session, currently scheduled for September 21, 2018, may be vacated,

//
//
//
//

1

and the parties respectfully request that the Court enter an order to that effect.

**IT IS SO STIPULATED.**

DATED this 7th day of September, 2018.

| /s/ Trevor J. Hatfield | /s/ Shannon S. Pierce |
|---|---|
| Trevor J. Hatfield, Esq. <br> Nevada Bar No.: 7373 <br> Hatfield & Associates Ltd. <br> 703 South 8th Street <br> Las Vegas, NV 89101 <br> Email: thatfield@hatfieldlawassociates.com <br><br> Attorneys for Plaintiff <br> Yanrong Wu | Shannon S. Pierce, Esq. <br> Nevada Bar No.: 12471 <br> Brandi M. Planet <br> Nevada Bar No. 11710 <br> Fennemore Craig, P.C. <br> 300 E. Second Street, Suite 1510 <br> Reno, Nevada 89501 <br> Tel: (775) 788-2260 <br> Email: spierce@fclaw.com <br><br> Attorneys for Defendant <br> Desert Palace, LLC |

**ORDER**

IT IS SO ORDERED.

Dated:   September 11, 2018

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **NOTICE OF SETTLEMENT; STIPULATION TO VACATE EARLY NEUTRAL EVALUATION; PROPOSED ORDER REGARDING SAME** on the parties set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____ Certified Mail, Return Receipt Requested

_____ Via Facsimile (Fax)

_____ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____ Federal Express (or other overnight delivery)

\_\_xxx_____ E-service effected by CM/ECF

addressed as follows:


DATED this 7th day of September, 2018.

    /s/    Shawna Braselton
An employee of FENNEMORE CRAIG, P.C.