# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANRONG WU,<br>　　　Plaintiff(s),<br>v.<br>DESERT PALACE, INC.,<br>　　　Defendant(s). | Case No.: 2:15-cv-00435-JAD-NJK<br>**Order** |

On September 7, 2018, the parties filed a notice of settlement. Docket No. 31. Dismissal papers must be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 11, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge