Fennemore Craig, P.C.
Shannon S. Pierce, NV Bar No. 12471
300 E. Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
spierce@fclaw.com

Counsel for Defendant
Desert Palace, LLC d/b/a Caesars Palace

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YANRONG WU, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>DESERT PALACE, INC., a domestic corporation d/b/a CAESARS PALACE; DOES 1 through X, inclusive; ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00435-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 34 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff YANRONG WU, and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE, and each of them, by and through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 25th day of January, 2019.

| | |
|---|---|
| /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>Nevada Bar No.: 7373<br>Hatfield & Associates Ltd.<br>703 South 8th Street<br>Las Vegas, NV 89101<br>Email: thatfield@hatfieldlawassociates.com | /s/ Shannon S. Pierce<br>Shannon S. Pierce, Esq.<br>Nevada Bar No.: 12471<br>Fennemore Craig, P.C.<br>300 E. Second Street, Suite 1510<br>Reno, Nevada 89501<br>Tel: (775) 788-2260<br>Email: spierce@fclaw.com |

14563326.1

## ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 28, 2019